Sunethra Muralidhara, Esq.
Nevada State Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: smuralidhara@wmllawlv.com

Attorney for Dr. Maninder Herr

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| United States of America, | Case No. 2:24-cv-01724-JCM-DJA |
|---|---|
| Plaintiff, | **Stipulation to Extend Time to Answer or Otherwise Plead** |
| v. | |
| Dr. Maninder Herr, | **(First Request)** |
| Defendant. | |

      Plaintiff, United States of America, by and through United States Attorney, Jason M. Frierson, and Assistant United States Attorney, Reem Blaik; and Defendant Dr. Maninder Herr, by and through his counsel of record, Sunethra Muralidhara Esq., of Wright Marsh & Levy, hereby stipulate and agree that the Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint, currently due November 29, 2024, should be extended 30 days until December 30, 2024. This extension is sought for the following reasons:

1. A complaint was filed on or about September 16, 2024. ECF 1.
2. Counsel was retained by defendant on or about October 15, 2024. Counsel has been diligently reviewing case materials and getting up to speed on the current status of the case as well as conducting her own investigation. On October 18, 2024, counsel

accepted service of the Complaint and acknowledged the due date to Answer of November 29, 2024.

3. The parties are in the process of good faith negotiations and require additional time to discuss potential resolution short of litigation. The defense is also continuing to investigate the alleged violations.

4. This request is not sought for purposes of delay and made in good faith. This is the parties' first request for a continuance.

| | |
|---|---|
| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>UNITED STATES ATTORNEY |
| By:/s/ Sunethra Muralidhara<br>   Sunethra Muralidhara, Esq.<br>   Counsel for Defendant Herr | By: /s/ Reem Blaik<br>   REEM BLAIK<br>   Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**United States Magistrate Judge**

**Dated:** 12/3/2024

2