Sunethra Muralidhara, Esq.
Nevada State Bar No. 13549
MURALIDHARA LAW, LLC
954 Avenida Ponce De Leon
Suite 205 – PMB # 10674
San Juan, Puerto Rico, 00907
Phone: 309-830-6792
sm@muralidharalaw.com

Attorney for Dr. Maninder Herr

United States District Court

District of Nevada

| | |
|---|---|
| United States of America, | Case No. 2:24-cv-01724-JCM-DJA |
| Plaintiff, | **REVISED** |
| v. | **SUBSTITUTION OF ATTORNEYS** |
| Dr. Maninder Herr, | |
| Defendant. | |

Russell E. Marsh, managing partner of Wright Marsh & Levy, on behalf of former employee and counsel of record, Sunethra Muralidhara, for the above-named defendant, Dr. Maninder Herr, consents to the substitution of Sunethra Muralidhara, Esq., of Muralidhara Law, LLC, for the Defendant, in the above-entitled matter. Ms. Muralidhara is no longer employed at Wright Marsh & Levy. Therefore, the managing partner, Russell E. Marsh, while not listed as counsel of record, has the authority to agree to allow for substitution of counsel to now occur since Ms. Muralidhara is unable to sign this substitution on behalf of Wright Marsh & Levy and its clients.

///

Moreover, the substitution that is being requested is for Sunethra Muralidhara, in her own capacity, by and through Muralidhara Law, LLC, to now substitute in as counsel. Wright Marsh & Levy, through Russell E. Marsh, hereby agrees to this substitution.

Dated: 1/14/2025

*Russell E. Marsh*

Russell E. Marsh, on behalf of former employee and counsel of record, Sunethra Muralidhara
300 South 4th Street, Suite 701
Las Vegas, NV 89101
Ph: 702-382-4004

Sunethra Muralidhara Esq., of Muralidhara Law, LLC, do hereby agree to be substituted in the place of Wright Marsh & Levy as attorney for the Defendant, Dr. Maninder Herr, in the above-entitled matter.

Dated: 1/14/2025

*Sunethra Muralidhara*
Sunethra Muralidhara, Esq.

Dr. Maninder Herr, Defendant in the above entitled-case consents to the substitution of Sunethra Muralidhara Esq., of Muralidhara Law, LLC in place of Wright Marsh & Levy as his attorney of record.

Dated: 1/14/2025

*Maninder Herr*
Dr. Maninder Herr

2

## Certificate of Electronic Service

The undersigned hereby certifies that she is an employee of Muralidhara Law, LLC and is a person of such age and discretion as to be competent to serve papers. That an electronic copy of the above and foregoing entitled document by electronic service (ECF) to the person named below:

AUSA Reem Blaik
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

/s/ *Sunethra Muralidhara*
Employee of Muralidhara Law, LLC

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Dr. Maninder Herr,<br><br>　　　　Defendant. | Case No. 2:24-cv-01724-JCM-DJA<br><br>**ORDER SUBSTITUTING COUNSEL** |

　　　IT IS HEREBY ORDERED that Sunethra Muralidhara Esq., of Muralidhara Law, LLC is substituted as counsel for Dr. Maninder Herr in place of Wright Marsh & Levy for all future proceedings.

　　　Dated: 1/15/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE