Sunethra Muralidhara, Esq.
Nevada State Bar No. 13549
MURALIDHARA LAW, LLC
954 Avenida Ponce De Leon
Suite 205 – PMB # 10674
San Juan, Puerto Rico, 00907
Phone: 309-830-6792
sm@muralidharalaw.com


Attorney for Dr. Maninder Herr

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Dr. Maninder Herr,<br><br>        Defendant. | Case No. 2:24-cv-01724-JCM-DJA<br><br>**Stipulation to Extend Time to Answer<br>or Otherwise Plead**<br><br>**(Third Request)** |

Plaintiff, United States of America, by and through United States Attorney, Jason M. Frierson, and Assistant United States Attorney, Reem Blaik; and Defendant Dr. Maninder Herr, by and through his counsel of record, Sunethra Muralidhara Esq., of Muralidhara Law, LLC, hereby stipulate and agree that the Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint, currently due February 13, 2025, **should be extended 60 days until April 14, 2025**. This extension is sought for the following reasons:

1. A complaint was filed on or about September 16, 2024. ECF 1.

2. Counsel was retained by defendant on or about October 15, 2024. Counsel has been diligently reviewing case materials and getting up to speed on the current status of the case as well as conducting her own investigation. On October 18, 2024, counsel

accepted service of the Complaint and acknowledged the initial due date to Answer of November 29, 2024.

3. A stipulation to extend time to answer or otherwise plead (first request) was filed on November 27, 2024. ECF 5. It was granted by this Court. ECF 6. A stipulation to extend time to answer or otherwise plead (second request) was filed on December 24, 2025. ECF 7. It was granted on December 30, 2024. ECF 8.

4. The parties are still in process of good faith negotiations and require additional time to discuss potential resolution short of litigation. The defense is also continuing to investigate the alleged violations.

5. This request is not sought for purposes of delay and made in good faith. This is the parties' third request for a continuance.

Dated: February 3, 2025.


Muralidhara Law, LLC                          Sue Fahami
                                              Acting United States Attorney


By:/s/ Sunethra Muralidhara                   By: /s/ Reem Blaik
    Sunethra Muralidhara, Esq.                    Reem Blaik
    Counsel for Defendant Herr                    Assistant United States Attorney


**IT IS SO ORDERED:**

_____
Daniel J. Albregts
**United States Magistrate Judge**

**Dated:**  2/3/2025

2