PAUL S. PADDA, ESQ. (NV Bar No. 10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada  89103
Tele: (702) 366-1888
**-and-**
SUNETHRA MURALIDHARA, ESQ. (NV Bar No. 13549)
Email: sm@muralidharalaw.com
**MURALIDHARA LAW, LLC**
954 Avenida Ponce De Leon
San Juan, Puerto Rico  00907
Tele: (309) 830-6792

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

MANINDER HERR, D.V.M,

                Defendant.

Case No. 2:24-cv-1724-JCM-DJA

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate, subject to this Court's approval, to the dismissal of this action (with prejudice).  The parties further stipulate that each party shall bear their own legal fees and costs.

.   .   .

.   .   .

.   .   .

.   .   .

**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada  89103
www.paulpaddalaw.com

1

DATED this 10th day of February 2026.

/s/ *Summer Johnson*

Summer Johnson, Esq.
Assistant United States Attorney
*Counsel for the United States*

/s/ *Paul S. Padda*

Paul S. Padda, Esq.
Sunethra Muralidhara, Esq.
*Counsel for Defendant Dr. Herr*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** February 11, 2026

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
www.paulpaddalaw.com

2